## PHILLIP SULLIVAN ET AL. *v.* MARYANNE T. DELISA ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 74 Conn. App. 902 (AC 22670), is denied.

*Phillip Sullivan*, pro se, and *Charlotte Sullivan*, pro se, in support of the petition.

*Edward G. McAnaney*, in opposition.

Decided April 3, 2003

## STATE OF CONNECTICUT *v.* FRANCIS D.

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 1 (AC 21599), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided April 3, 2003

## STATE OF CONNECTICUT *v.* YOLANDA DUBOSE

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 163 (AC 21999), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided April 3, 2003